```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF OREGON

AIJALON WALLACE McLITTLE II,                        CV. 06-709-KI

          Plaintiff,                                       ORDER
     v.

JOHN ASHCROFT, et al.,

          Defendants.
```

KING, Judge

    Plaintiff's motion for voluntary dismissal (#30) is GRANTED and this proceeding is DISMISSED, without prejudice. Any pending motions are DENIED AS MOOT.

    IT IS SO ORDERED.

    DATED this __28th__ day of August, 2006.

                                               /s/ Garr M. King
                                               Garr M. King
                                               United States District Judge

1 -- ORDER